**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Michael A. Patrick v. Deutsche Bank National Trust Company

Appellate case number:   01-17-00583-CV

Trial court case number:  17-CCV-059874

Trial court:              County Court at Law No. 5 of Fort Bend County

    Appellant Michael Patrick's motion to stay is DENIED. Property Code Section 24.007 states:

> . . . A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court. In setting the supersedeas bond the county court shall provide protection for the appellee to the same extent as in any other appeal, taking into consideration the value of rents likely to accrue during appeal, damages which may occur as a result of the stay during appeal, and other damages or amounts as the court may deem appropriate.

TEX. PROP. CODE § 24.007; *see also Johnson v. Freo Texas LLC*, No. 01-15-00398-CV, 2016 WL 2745265, at *2 (Tex. App.—Houston [1st Dist.] May 10, 2016, no pet.) ("A defendant's indigence does not relieve her of the obligation to file a supersedeas bond."); Tex. R. App. P. 24 (suspension of enforcement of judgment pending appeal in civil cases); Tex. R. App. P. 24.2(b) (procedure for lowering the amount of security to an amount that will not cause the judgment debtor substantial economic harm).

    The clerk is ordered to STRIKE appellant's brief, prematurely filed on August 7, 2017. The rules of appellate procedure require an appellant's brief to include a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record. Tex. R. App. P. 38.1(i). The clerk's record was filed on the same day as appellant's brief, and the brief contains no citations to the record, as the rules require.

    Appellant's revised brief is due 30 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

☑ Acting individually    ☐ Acting for the Court

Date: September 26, 2017